| Information to identify the case: | | |
|---|---|---|
| Debtor | **Banner's of Burke, LLC** <br> Name | EIN: 20–0215766 |
| United States Bankruptcy Court District of Columbia | United States Bankruptcy Court for the | Date case filed for chapter: 11    9/16/25 |
| Case number: | **25–00415–ELG** | |

## Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

10/22

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Banner's of Burke, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9598 Old Keene Mill Road <br> Burke, VA 22015 | |
| 4. | **Debtor's attorney** <br> Name and address | Maurice Belmont VerStandig <br> The VerStandig Law Firm, LLC <br> 9812 Falls Road <br> #114–160 <br> Potomac, MD 20854 | Contact phone  301–444–4600 <br><br> Email:  mac@mbvesq.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | E. Barrett Prettyman U. S. Courthouse <br> 333 Constitution Ave, NW #1225 <br> Washington, DC 20001 | Hours open: <br> 9:00 am – 4:00 pm Monday to Friday <br><br> Contact phone  (202) 354–3280 <br><br> Date: 9/18/25 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **October 17, 2025 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Telephone #: (888) 330–1716,** <br> **Passcode: 5678318** |

At the meeting, the Trustee may give notice of their intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rule 6007–1.

For more information, see page 2 >

Debtor  **Banner's of Burke, LLC**                                                     Case number **25–00415–ELG**

| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | |
|---|---|---|
| | **For all creditors (except a governmental unit):** | 1/26/26 |
| | **For a governmental unit:** | 3/16/26 |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed, contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed, contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |

| 8. Exception to discharge deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. | |
|---|---|---|
| | **Deadline for filing the complaint:** | 12/16/25 |

| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|

| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
|---|---|

| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
|---|---|

United States Bankruptcy Court

District of Columbia

In re:                                                                                            Case No. 25-00415-ELG

Banner's of Burke, LLC                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                              User: admin                                        Page 1 of 6

Date Rcvd: Sep 18, 2025                      Form ID: 309F1                               Total Noticed: 263

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Banner's of Burke, LLC, 9598 Old Keene Mill Road, Burke, VA 22015-4208 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| smg | | Secretary of the Treasury, 15th and Pennsylvania Avenu, NW, Washington, DC 20220-0001 |
| 799802 | #+ | 301 MM LLC, 5324 43Rd St Nw, Washington, DC 20015-2008 |
| 799803 | + | Alarm Services of Maryland Inc, PO Box 6334, Ellicott City, MD 21042-0334 |
| 799804 | + | Alexis Hairston, 12401 Brickyard Blvd, 1028, Beltsville, MD 20705-1346 |
| 799805 | + | Alexis Peres, 6660 Upland Circle, Fayetteville, PA 17222-9722 |
| 799806 | + | Allied Products, 1420 Axnea Avenue, Kansas City, MO 64127-2135 |
| 799807 | + | American Mills, 2806 W Lake of the Isles Pkwy, Minneapolis, MN 55416-4338 |
| 799809 | + | Angela Earhart, 26431 Eleys Ford Road, Richardsville, VA 22736-1724 |
| 799810 | + | Angela Morris, 54 Kite Pl, Waynesboro, VA 22980-9438 |
| 799811 | + | Angela Thomas, 1420 Barnett St, Rock Hill, SC 29732-2333 |
| 799812 | + | Angie Blasco, 2002 Regency Drive, Suffolk, VA 23434-1800 |
| 799813 | + | Anita Cook, 56 Wildcat Cove, Waynesboro, VA 22980-9368 |
| 799814 | + | Annapolis Harbour Center Associates LLC, co Lerner Corp, 2000 Tower Oaks Blvd 8th Floor, Rockville, MD 20852-4284 |
| 799815 | + | Anne Folio, 8460 Angwin Place, Charlotte, NC 28262-6490 |
| 799816 | + | Antoinette Wilson, 2658 Wintergreen Road, Cove City, NC 28523-9216 |
| 799817 | | Appriss Retail DBA Sysrepublic Inc, PO Box 639138, Cincinnati, OH 45263-9138 |
| 799818 | | Ashburn Village Center LLC, co Saul Holdings LP, PO Box 38042, Baltimore, MD 21297-8042 |
| 799819 | | Ashers Chocolate, PO Box 950001875, Philadelphia, PA 19195-1875 |
| 799820 | + | Aurora World Inc, 8820 Mercury Lane, Pico Rivera, CA 90660-6706 |
| 799821 | | Avanti Press, PO Box 67000, Dept 210401, Detroit, MI 48267-2104 |
| 799822 | + | Azya Williams, 1422 Larkview Drive, Virginia Beach, VA 23454-5665 |
| 799823 | | Backd Finwise, 1949 S IH 35 Frontage Rd, Austin, TX 78760 |
| 799824 | + | Bedford Window Cleaning Co, 308 Jane Randolph St, Forest, VA 24551-1221 |
| 799825 | + | Benjamin Office Supply Services inc, 758 E GUDE DRIVE, ROCKVILLE, MD 20850-1328 |
| 799826 | + | Bissingers Handcrafted Chocolatier, 5025 PATTISON AVE, SAINT LOUIS, MO 63110-2037 |
| 799827 | + | Brenda Antoniak, 49 Woodbine Drive, Colonial Beach, VA 22443-3635 |
| 799828 | + | Briana Stanley, 6227 heather glen dr, Suffolk, VA 23435-3133 |
| 799830 | + | Bull Run Plaza LLC water, 8405 Greensboro Dr Ste 830, Mc Lean, VA 22102-5121 |
| 799829 | + | Bull Run Plaza Llc, PO Box 25097, Tampa, FL 33622-5097 |
| 799831 | | BurkeTown Plaza LLC, PO BOX 30344, TAMPA, FL 33630-3344 |
| 799832 | + | Calvin Lopez, 7704 Notees Ln, Kernersville, NC 27284-9086 |
| 799833 | | Cannon Hill Logistics, PO BOX 3851, FREDERICK, MD 21705-3851 |
| 799834 | + | Carpet and Vacuum Expo, 7715 Tuckerman Lane, Potomac, MD 20854-3266 |
| 799835 | + | Carson Home Accents, 189 Foreman Road, Freeport, PA 16229-1797 |
| 799836 | + | Caspari Inc, 99 Cogwheel Lane, Seymour, CT 06483-3900 |
| 799837 | + | Cathy Dickinson, 402 E 11Th Avenue, Ranson, WV 25438-1742 |

| 799838 | + | Cathy Jager, 2103 Deer Meadow Lane, Midlothian, VA 23112-4137 |
| 799839 | + | Chastity Carr, 2408 Timberland Hills DR, Newton, NC 28658-8552 |
| 799840 | + | Cher Lake, 327 Maryland Avenue, Portsmouth, VA 23707-1714 |
| 799841 | + | Cheryl Crum, 1511 Regency Woods Road, 101, Henrico, VA 23238-4518 |
| 799842 | + | Cheryl Domingue, 123 Glenwood Rd, Hampton, VA 23669-1823 |
| 799843 | + | Cheryl Murphy, 306 Jordan Crossing Ave, Jamestown, NC 27282-9873 |
| 799844 | | Christian Everett, 9119 Manchester Rd, 311, Silver Spring, MD 20901-4137 |
| 799845 | + | Christina OKeefe, 5225 Lowery Downs, Virginia Beach, VA 23464-5615 |
| 799846 | | City of Fredericksburg, City Treasurer, PO BOX 644 City Hall, Fredericksburg, VA 22404-0644 |
| 799847 | | City of Newport News, Marty G Eubank Treasurer, City of Newport News PO BOX 975, Newport News, VA 23607-0975 |
| 799848 | | City of Virginia Beach CO Banners Hallm, Commissioner Of The Revenue City Hall, 2401 Courthouse Drive, Virginia Beach, VA 23456-9002 |
| 799849 | + | Commercial Express HVAC, 44931 Falcon Pl, Sterling, VA 20166-9572 |
| 799850 | + | Commonwealth of Virginia, 1957 Westmoreland Street, Richmond, VA 23230-3225 |
| 799851 | + | Complete Solutions Sourcing, PO Box 5383, Deptford, NJ 08096-0383 |
| 799852 | + | Corporate Services Consultants LLC, 1015 N Gay St, PO Box 1048, Dandridge, TN 37725-1048 |
| 799853 | + | Cosners Corner Owners Assoc, Attn CBC Property Management, 990 Bragg Road, Fredericksburg, VA 22407-6979 |
| 799854 | | Coyote Logistics LLC, PO Box 742636, Atlanta, GA 30374-2636 |
| 799855 | + | Crossroads Original Designs dba Blossom, 115 Crossroads Boulevard, Bucyrus, OH 44820-1362 |
| 799856 | + | Crown MAC, 7619 Sheridan Rd, Kenosha, WI 53143-1519 |
| 799857 | + | Crystal Hill, 4796 First Court Road, Virginia Beach, VA 23455-2846 |
| 799858 | + | Cynthia Williams, 4752 Westland, apt B, Halethorpe, MD 21227-1331 |
| 799859 | + | Dania Contreras, 14478 Rustling Leaves Lane, Centreville, VA 20121-2272 |
| 799860 | + | Danielle Cutlip, 3133 Copenhaver RD, Street, MD 21154-1644 |
| 799861 | + | Danielle Santamore, 53 Creekstone Drive, Newport News, VA 23603-1363 |
| 799862 | + | Deana Bonilla, 8414 vision ln, Walkersville, MD 21793-7814 |
| 799863 | + | Debbie Stout, 712 Ontario Street, Havre de Grace, MD 21078-2730 |
| 799864 | + | Dede Cole, 344 Donald Circle, Forest Hill, MD 21050-1308 |
| 799866 | + | Designer Greetings Inc, PO Box 1477, Edison, NJ 08818-1477 |
| 799867 | + | Divaris Ridge shopping Center Owner LL, 4525 Main Street, Suite 900, Virginia Beach, VA 23462-3431 |
| 799868 | + | Donna Donlin, 20162 Braeton Bay Terr, Apt 103, Ashburn, VA 20147-2616 |
| 799869 | + | Donna Najibi, 504 Lake Vista Drive, Forest, VA 24551-1974 |
| 799870 | + | DuraSeal Inc, PO Box 743, Forest, VA 24551-0743 |
| 799871 | + | E S Pets, 725 Broadway Ave, Holbrook, NY 11741-4905 |
| 799872 | + | Ed Scott, 235 Mary Jane Lane, Bel Air, MD 21015-1645 |
| 799873 | + | Ela Wilson, 3200 Grumman Sq, 203, Virginia Beach, VA 23452-6939 |
| 799874 | + | Else Koprowicz, 128 Maloy Dr, Winchester, VA 22602-6528 |
| 799875 | + | Emilee Pratt, 551 Greenbriar Drive, Culpeper, VA 22701-3257 |
| 799876 | + | Enesco LLC, 500 Park Boulevard Ste 1300, Itasca, IL 60143-1258 |
| 799877 | | Evergreen Enterprises, PO Box 602961, Charlotte, NC 28260-2961 |
| 799878 | + | Expressive Design Group Inc, 49 Garfield St, Holyoke, MA 01040-5407 |
| 799879 | + | Fahlo LLC, 201 Chatham St, Suite 2, Sanford, NC 27330-4395 |
| 799880 | + | Fair City HHH LLC, 225 Asylum Street, 15th Floor, Hartford, CT 06103-1520 |
| 799881 | + | Fair Lakes Center Associates II LC, PO Box 646001, Pittsburgh, PA 15264-6001 |
| 799882 | | Fairfax Company of Virginia LLC, co Olshan Properties, PO BOX 67338, Newark, NJ 07101-4007 |
| 799883 | | Fairfield Shopping Center, NMPC4 Fairfield SC LLC, co New Market Properties LLC 3284 Norths, Atlanta, GA 30327 |
| 799884 | + | Farrah Howard, 2254 48th Street NW, Washington, DC 20007-1035 |
| 799889 | | FedEx Express, PO Box 371461, Pittsburgh, PA 15250-7461 |
| 799885 | | Federal Realty Kingstowne storage, Lockbox 3426, PO Box 8500, Philadelphia, PA 19178-3426 |
| 799886 | | Federal Realty OP LPSpecialty Leasing, PO Box 8500, Lockbox 3426, Philadelphia, PA 19178-3426 |
| 799887 | | Federal Realty Virginia Gateway Plaza I, Lockbox 9320, PO Box 8500, Philadelphia, PA 19178-9320 |
| 799888 | | Federal RealtyKingstowne Shopping Cente, Lockbox 9320, PO Box 8500, Philadelphia, PA 19178-8500 |
| 799890 | + | Fishers Popcorn of Delaware Inc, 37081 Coastal Hwy, Fenwick Island, DE 19944-4057 |
| 799891 | | Foulston, 1551 N Waterfront Parkway Suite 100, Wichita, KS 67206-4466 |
| 799892 | | Fragrances of Ireland, 668 N Coast Hwy Suite 1207, Laguna Beach, CA 92651-1513 |
| 799893 | | Ganz USA LLC, PO Box 530, Buffalo, NY 14240-0530 |
| 799894 | | Godiva Chocolatier Inc, PO Box 74008044, Chicago, IL 60674-8044 |
| 799895 | + | Graphique, 9 State Street, Woburn, MA 01801-2050 |
| 799896 | + | Greta Wagner, 4 Helen Drive, Newport News, VA 23602-3320 |
| 799897 | | Guardian Life Insurance, PO Box 824454, Philadelphia, PA 19182-4454 |
| 799899 | + | Hailey Hartley, 516 Northwood Circle, Cross Junction, VA 22625-2532 |
| 799900 | + | Hallmark Marketing Company LLC, Gold Crown Administration, 2501 McGee, Kansas City, MO 64108-2615 |
| 799901 | + | Harford Mall Business Trust, CBL 0623, PO Box 955607, Saint Louis, MO 63195-5607 |

| 799902 | + | Heather Grizzle, 14 Jefferson Drive, Potomac Falls, VA 20165-8626 |
| 799903 | + | Heather Hanson, 105 W Myrtle St, Alexandria, VA 22301-2424 |
| 799904 | + | Heather Salyer, 217 Capital Lane, Forest, VA 24551-2032 |
| 799905 | + | Hilary Snyder, 6409 Deerskin Drive, Fredericksburg, VA 22407-6368 |
| 799906 | + | Hill Management Services Inc, 11350 McCormick Road, EP III Suite 301, Hunt Valley, MD 21031-1002 |
| 799907 | + | Husteads Canvas Creations Inc, 628 W 24th Street, Norfolk, VA 23517-1208 |
| 799908 | + | IF USA LLC, 4350 Bryson Blvd, Florence, AL 35630-7317 |
| 799909 | + | Intelex USA, 105 Prairie Lakes Road, Unit C, East Dundee, IL 60118-9133 |
| 799911 | + | Itria Ventures LLC, co Corporation Service Company, 251 Little Falls Grove, Wilmington, DE 19808-1674 |
| 799912 | + | Jackie Fillmore, 11320 Winston, Newport News, VA 23601-2267 |
| 799913 | + | James Long, 12624 Terrymill Drive, Herndon, VA 20170-2872 |
| 799914 | + | Janice Barry, 7848 Milkshed Pl, Elkridge, MD 21075-6130 |
| 799915 | + | Janie Gabrielson, 2155 Aspen Ridge Ct, Apt 204, Winston Salem, NC 27103-6868 |
| 799916 | + | Jennifer Hickman, 4025 Palmetto Drive, Rock Hill, SC 29732-9678 |
| 799917 | + | Jennifer McLellan, 1739 Donlee Dr, Blacksburg, VA 24060-6007 |
| 799918 | + | Jennifer Sheriff, 10821 Buttercup Place, Apt 303, Manassas, VA 20109-5616 |
| 799919 | + | Jennifer Smith, 14822 Statler Dr, Woodbridge, VA 22193-3128 |
| 799921 | + | Jessica Melone, 4730 Baileys Lake Rd NW, NW apt 206, Concord, NC 28027-8560 |
| 799922 | + | Jonathan Herold, 8034 Mike Mundle Lane, Mechanicsville, VA 23111-5913 |
| 799923 | + | Julia Shultz, 5506 Whitfield Court, Fairfax, VA 22032-3845 |
| 799924 | + | Julie Nilson, 17055 Hampton Trace Road, Huntersville, NC 28078-6452 |
| 799925 | + | Karen Kyle, 5730 YEAGERTOWN RD, New Market, MD 21774-6333 |
| 799926 | + | Karma, 4302 Ironton Ave, Lubbock, TX 79407-3736 |
| 799927 | + | Karolyn Stober, 108 Chasewood Ct, Vinton, VA 24179-4446 |
| 799928 | + | Kathleen Nichols, 3321 Lawrence Dr, Carrsville, VA 23315-2520 |
| 799929 | + | Kathy Carter, 4072 Parkside Meadows Court, Winston Salem, NC 27127-7476 |
| 799930 | + | Katie Potee, 2430 Brunswick Road, Halethorpe, MD 21227-3013 |
| 799931 | + | Katrina Guardado, 333 South Glebe Road, Apt 306, Arlington, VA 22204-1654 |
| 799932 | + | Kayla Racz, 800 Greenbrier Court, Edgewood, MD 21040-2414 |
| 799933 | + | Kellyn Sutton, 389 James Ct, High Point, NC 27265-2159 |
| 799934 | | Kellytoy USA Inc, PO Box 738667, Dallas, TX 75373-8667 |
| 799935 | | Ken Matthews Garden Center, 4921 George Washington Hwy, Yorktown, VA 23692-2509 |
| 799936 | + | Kentlands Square LLC, 7501 Wisconsin Avenue, Suite 1500e Attn Gilka Siles, Bethesda, MD 20814-6519 |
| 799938 | + | Kiarra Goodman, 14 Breezy Tree Ct, Apt D, Timonium, MD 21093-1226 |
| 799939 | + | Kim Peres, 6660 Upland Circle, Fayetteville, PA 17222-9722 |
| 799940 | + | Lanette Trimnell, 301 Old Bell Rd, Charlotte, NC 28270-2793 |
| 799941 | + | Latifa Sahraoui, 3940 Persimmon Drive, T1, Fairfax, VA 22031-4165 |
| 799942 | + | Laura Cole, 344 Donald Circle, Forest Hill, MD 21050-1308 |
| 799943 | + | Lauren James, 6238 Satinwood Drive, Columbia, MD 21044-3606 |
| 799944 | + | Lauren Payne, 23 Longview Cir, Fishersville, VA 22939-2004 |
| 799945 | + | Leesburg Plaza LLC, co Rappaport Management Company, 8405 Greensboro Drive 8th Floor, McLean, VA 22102-5104 |
| 799946 | + | Lenox Corporation, 1414 Radcliffe Street, Bristol, PA 19007-5496 |
| 799947 | + | Leonard Banner, 1702 Captains Way, Jupiter, FL 33477-4045 |
| 799948 | + | Leslie Nagy, 143 Northway, Severna Park, MD 21146-2707 |
| 799949 | + | Life is Good, 48 Friars Drive, Hudson, NH 03051-4900 |
| 799950 | | Linde Gas Equipment Inc formerly Praxa, PO Box 382000, Pittsburgh, PA 15250-8000 |
| 799951 | + | Lisette Brosan, 1414 point O woods, Arnold, MD 21012-2375 |
| 799952 | + | Lori Sharpe, 19 Forsythia Lane, Bear, DE 19701-6301 |
| 799953 | + | Lucy Mastantuono, 5400 Sandy Point Lane, Clifton, VA 20124-0944 |
| 799954 | | Lynchburg Rivercrest Realty, Lynchburg Wards Crossing LLC, PO Box 604049, Charlotte, NC 28260-4049 |
| 799971 | + | MOWMentum, 240 Hollywood Farm Road, Fredericksburg, VA 22405-3709 |
| 799955 | | Macerich EQ Limited Partnership, SM Valley Mall LLC, Dept 880467 PO Box 29650, Phoenix, AZ 85038-9650 |
| 799956 | + | Malden International Designs, 19 Cowan Drive, Middleboro, MA 02346-3700 |
| 799957 | + | Marco Property Services, PO Box 4849, Midlothian, VA 23112-0015 |
| 799958 | + | Margaret Wilhoit, 14605 Frisco Ct, Woodbridge, VA 22193-2030 |
| 799959 | + | Mary Peters, 6401 Rock Forest Drive, 205, Bethesda, MD 20817-7903 |
| 799960 | + | Mary Stickney, 8218 Green Ice Drive, Pasadena, MD 21122-3868 |
| 799961 | + | Mary Thompson, 106 Split Oak Way, New Bern, NC 28562-9008 |
| 799962 | | Mayflower Apple Blossom LP, 14183 Collection Center Dr, Chicago, IL 60693-0141 |
| 799963 | + | Mayflower Apple Blossom LP Storage, Apple Blossom Mall Attn Management Offi, 1850 Apple Blossom Dr, Winchester, VA 22601-5187 |
| 799964 | + | Mayflower Distributing Company Inc, 1155 Medallion Drive, Mendota Heights, MN 55120-1220 |
| 799965 | + | Mendy Pratt, 551 Greenbriar Drive, Culpeper, VA 22701-3257 |

| | | |
|---|---|---|
| 799966 | + | Meredith Chaney, 10412 Old Bridge Lane, Charlotte, NC 28269-8156 |
| 799967 | + | Michael Postal, 1801 16th Street NW, Apt 606, Washington, DC 20009-3324 |
| 799968 | + | Michelle Alvarez, 9515 Ashleyville Turn, Midlothian, VA 23112-1690 |
| 799969 | + | Mike Vaccarelli, 7694 Dorchester Blvd, Hanover, MD 21076-2061 |
| 799970 | | Monticello Marketplace, SL Nusbaum Realty Co, Escrow Agent for Monticello Marketplace, Norfolk, VA 23514-3580 |
| 799973 | + | NYSLIFE, 711 Ginesi Dr, Morganville, NJ 07751-1235 |
| 799972 | + | Nicole Almeida, 2050 Mount View Rd, Marriottsville, MD 21104-1636 |
| 799974 | | Oakton Limited Partnership LLP, Redwood Commercial Management, 5900 Fort Drive Suite 400, Centreville, VA 20121-2413 |
| 799977 | + | PB Mares LLP, 701 Town Center Dr Suite 900, Newport News, VA 23606-4287 |
| 799983 | + | PNC Bank NA, 130 South Bond Street, Bel Air, MD 21014-3836 |
| 799986 | + | PR Valley LP Water 58, PO BOX 373828, CLEVELAND, OH 44193-0001 |
| 799990 | + | PRISA LHC LLC Harbor View East, 7 Giralda Farms, Madison, NJ 07940-1051 |
| 799975 | + | Pascale Christiansen, 500 Tunnel Court, Chesapeake, VA 23320-3181 |
| 799976 | + | Paul DeRemigis, 3 Banat Court, Baltimore, MD 21237-4507 |
| 799978 | + | Penelope Lare, 20819 Wallingford Square, 104, Potomac Falls, VA 20165-7302 |
| 799979 | | Personnel Evaluation Inc Multi Sites, 11138 W Greenfield Ave, Milwaukee, WI 53214-2362 |
| 799980 | | Peter Pauper Press Inc, 3 International Dr, Suite 310, Rye Brook, NY 10573-7501 |
| 799982 | + | Pipp Mobile Storage Systems Inc, 2966 WILSON NW, WALKER, MI 49534-7592 |
| 799984 | + | Pomeroy Technologies LLC, PO Box 7410512, Chicago, IL 60674-0512 |
| 799985 | + | Potter Company, 1604 Hilltop West Shopping Center, STE 202, Virginia Beach, VA 23451-6131 |
| 799988 | + | Primitives by Kathy, 1817 William Penn Way, Lancaster, PA 17601-5830 |
| 799989 | | Prisa LHC LLC Greenbrier Market Center, PRLHC Greenbrier MC 106818, PO Box 978500, Dallas, TX 75397-8500 |
| 799991 | + | Pumpernickel Press, 508 jack enders, Berryville, VA 22611-1538 |
| 799993 | + | Rain Jewelry Collection, 460 Hillside Ave, Needham, MA 02494-1224 |
| 799994 | + | Reston North Point Village LLC, co Lerner Corp, 2000 Tower Oaks Blvd 8th Floor, Rockville, MD 20852-4284 |
| 799995 | + | Retirement Planners, 7639 Leesburg Pike, Falls Church, VA 22043-2520 |
| 799996 | + | Rhonda Kelley, 756 Marvin Ave, Norfolk, VA 23518-2508 |
| 799997 | + | Rifle Paper Co, 558 W New England Ave, Suite 150, Winter Park, FL 32789-4254 |
| 799998 | | Roanoke Cave Springs, CO Brixmor Property Group, PO BOX 645324, Cincinnati, OH 45264-5324 |
| 799999 | + | Rockstep Christiansburg LLC, 782 New River Road, Christiansburg, VA 24073-6503 |
| 800000 | + | Rocky Mount Magnolia Real Estate and Ma, 9525 Birkdale Crossing Drive, Huntersville, NC 28078-8458 |
| 800001 | + | Rollingwood SC TSCG, 1945 Old Gallows Rd, Suite 300, Vienna, VA 22182-3931 |
| 800002 | + | Russell Stover, 4900 Oak Street, Kansas City, MO 64112-2927 |
| 800007 | + | SCT Rio Hill LLC, Attn TSCG, PO Box 6298, Hicksville, NY 11802-6298 |
| 800003 | + | Samantha Chicas, 18325 Lost Knife Circle, Apt 304, Montgomery Village, MD 20886-0306 |
| 800004 | + | Sana Farooqi, 1863 Norhurst Way N, Catonsville, MD 21228-4123 |
| 800005 | + | Sara Pashaei, 8401 PINEY POINT CT, MANASSAS, VA 20110-4633 |
| 800006 | + | Sarah Gordon, 16 Lord Fairfax Drive, Fredericksburg, VA 22405-2969 |
| 800008 | + | Shantie Alicea, 1131 University W Blvd, apt 1717, Silver Spring, MD 20902-3312 |
| 800009 | + | Sharalyn Detroy, 7832 Thackara rd, Pasadena, MD 21122-3645 |
| 800010 | + | Shawntia Campbell, 931 Battery Road, Waynesboro, VA 22980-1786 |
| 800011 | + | Sheila Bibb, 309 Walnut Dr, Timberville, VA 22853-9710 |
| 800012 | + | Silver Forest Inc, 40 Industrial Drive, Bellows Falls, VT 05101-3122 |
| 800013 | + | Simon Schuster, PO Box 70660, Chicago, IL 60673-0660 |
| 800015 | | Sophistiplate LLC, 790 Atlanta S Pkwy, Suite 100, College Park, GA 30349 |
| 800016 | | South Riding Owner LLC, PO Box 640634, Property ID 262810, Pittsburgh, PA 15264-0634 |
| 800018 | + | St Thomas GGCal LLC, co Greenberg Gibbons Commercial, 10096 Red Run Blvd Suite 100, Owings Mills, MD 21117-4632 |
| 800019 | + | Stacie Fleig, 4100 Poplar Grove Road, Midlothian, VA 23112-4738 |
| 800020 | + | Stafford Marketplace LLC, PO Box 62045, Dept Code SVAS1332C, Newark, NJ 07101-8061 |
| 800021 | + | Steel Mill Co Designs, 134 Beech Bend Rd, Bowling Green, KY 42101-7602 |
| 800022 | + | Stonewall Kitchen, 2 Stonewall Lane, York, ME 03909-1665 |
| 800023 | + | Suffolk Shopping Center Associates LLLP, co S L Nusbaum Realty Co, 440 Monticello Ave Suite 1700, Norfolk, VA 23510-2670 |
| 800024 | + | Sunflower Food Co Inc, 7921 Nieman Rd, Lenexa, KS 66214-1565 |
| 800025 | + | Superior Construction Enterprises LLC, 733 E Cumberland St, Lebanon, PA 17042-8138 |
| 800026 | + | Suzanne Carter, 4072 Parkside Meadows Court, Winston Salem, NC 27127-7476 |
| 800028 | + | TCG Services LLC, 145 N Main St, El Dorado, KS 67042-2017 |
| 800032 | ++ | THE NAKED BEE, ATTN ACCOUNTING DEPT, 2261 MARKET STREET STE 10337, SAN FRANCISCO CA 94114-1612 address filed with court:, The Naked Bee, 2261 Market Street, STE 10337, San Francisco, CA 94114 |
| 800027 | + | Tami Hykes, 4316 Oxford Mill Rd, Waxhaw, NC 28173-0019 |
| 800029 | + | Terri Wellman, 3115 Commerce Place, Apt 11, Burlington, NC 27215-4304 |
| 800030 | + | Terry Little, 6031 Little Brook Ct, Clifton, VA 20124-1022 |
| 800031 | + | The Mall in Columbia LLC storage, 10300 Little Patuxent Parkway, Columbia, MD 21044-7007 |
| 800033 | + | The Peanut Shop, 8012 Hankins Industrial Park, Toano, VA 23168-9259 |

| | | |
|---|---|---|
| 800034 | + | Touchland LLC Capacity, 100 SE 2nd St, suite 2000, Miami, FL 33131-2101 |
| 800036 | + | Valerie Bilbro, 6914 Back Creek Rd, Boones Mill, VA 24065-2020 |
| 800037 | + | Vanessa Viveros, 816 Stanley Rd, Portsmouth, VA 23701-1917 |
| 800038 | + | Vera Bradley Sales LLC, Attn Accounts Receivable, 12420 Stonebridge Rd, Roanoke, IN 46783-9300 |
| 800040 | + | VillaTech Inc, 2020 Calamos Ct Suite 280, Naperville, IL 60563-3284 |
| 800039 | + | Village Marketplace LLC, 800 Corporate Drive, Suite 305, Fort Lauderdale, FL 33334-3618 |
| 800041 | | Virginia Beach Affilliates LLC, 55 5th AvenueFloor 15, New York, NY 10003-4301 |
| 800042 | + | Walton Adams PC, 1925 Isaac Newton Square Suite 250, Reston, VA 20190-5024 |
| 800043 | + | Warrenton Development Company, co Waters Retail Group, 200 Old Forge Lane Suite 201, Kennett Square, PA 19348-1920 |
| 800044 | + | Wayne Lishowid, 8312 Cypress Mill Road, Baltimore, MD 21236-5580 |
| 800045 | + | Waynesboro Town Center, CO Chase Properties II Ltd, 3333 Richmond Road Suite 320, Beachwood, OH 44122-4198 |
| 800046 | + | Wendy Galvez, 146 Dunlap Road, Pasadena, MD 21122-3033 |
| 800047 | | White House Historical Association, PO BOX 27624, Washington, DC 20038-7624 |
| 800048 | + | Wockenfuss Candies, 6831 Harford Road, Baltimore, MD 21234-7716 |
| 800049 | | Workman Publishing Co Inc, PO Box 21142, New York, NY 10087-1142 |
| 800050 | | Yankee Candle Co, PO Box 416442, Boston, MA 02241-6442 |
| 800051 | + | Yeatts Heating Air, PO Box 518, Salem, VA 24153-0518 |
| 800052 | + | Yoonique LLC, 1761 N New Hampshire Ave, Los Angeles, CA 90027-4207 |
| 800053 | + | Youngs Inc, 735 Thimble Shoals Blvd 100, Newport News, VA 23606-4255 |
| 800054 | + | Zane Overton, 1 Breezy Tree Court, APT G, Timonium, MD 21093-1225 |
| 800055 | | Zimmer Development Company, 6725 MONUMENT DR, WILMINGTON, NC 28405-4558 |

TOTAL: 245

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 18 2025 22:15:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| aty | | Email/Text: mac@mbvesq.com | Sep 18 2025 22:15:00 | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 9812 Falls Road, #114-160, Potomac, MD 20854 |
| smg | + | EDI: DCGOVT | Sep 19 2025 02:13:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Sep 18 2025 22:12:09 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | ^ | MEBN | Sep 18 2025 22:12:31 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: atlreorg@sec.gov | Sep 18 2025 22:15:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Sep 18 2025 22:15:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Sep 18 2025 22:15:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| 799808 | + | Email/Text: vincekuhlman@apaper.com | Sep 18 2025 22:15:00 | American Paper Plastic Company, 19 Kiesland CT, Hamilton, OH 45015-1375 |
| 799865 | | Email/Text: arsupport@demdaco.com | Sep 18 2025 22:15:00 | Demdaco, PO Box 803314, Kansas City, MO 64180-3314 |
| 799910 | | EDI: IRS.COM | Sep 19 2025 02:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 799937 | ^ | MEBN | Sep 18 2025 22:12:55 | Keter Environmental Services Inc, PO Box 417468, Boston, MA 02241-7468 |

| 799981 | Email/Text: accountsreceivable@piedmontsg.com | | |
| | | Sep 18 2025 22:15:00 | Piedmont Service Group, 616 Industrial Avenue, Greensboro, NC 27406 |
| 799987 | + Email/Text: sheila.wood@preciousmoments.com | | |
| | | Sep 18 2025 22:15:00 | Precious Moments Company, 4105 Chapel Road, Carthage, MO 64836-8848 |
| 799992 | Email/Text: accounting@quillingcard.com | | |
| | | Sep 18 2025 22:15:00 | Quilling Card LLC, 47 Mellen St C1, Framingham, MA 01702 |
| 800014 | Email/Text: ar@simplysouthern.com | | |
| | | Sep 18 2025 22:15:00 | Simply Southern, 498 Gallimore Dairy Rd, Greensboro, NC 27409 |
| 800017 | + Email/Text: nsnapper@spoontiques.com | | |
| | | Sep 18 2025 22:15:00 | Spoontiques Inc, 111 Island Street, Stoughton, MA 02072-1401 |
| 800032 | Email/Text: accounting@nakedbee.bz | | |
| | | Sep 18 2025 22:15:00 | The Naked Bee, 2261 Market Street, STE 10337, San Francisco, CA 94114 |
| 800035 | Email/Text: LStrassman@TwosCompany.com | | |
| | | Sep 18 2025 22:15:00 | Twos Company Inc, 500 Saw Mill River Road, Elmsford, NY 10523 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| smg | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 799898 | ##+ | H2O To Go, 5821 Ward Court, Virginia Beach, VA 23455-3312 |
| 799920 | ##+ | Jennifer Smith, 8019 Ashland Avenue, Apt 8, Manassas, VA 20109-8019 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 20, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Debtor In Possession Banner's of Burke  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 3